| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>FCA 73725-1/mp<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br> Deutsche Bank National Trust Company, as Trustee of the<br>IndyMac INDX Mortgage Loan Trust 2005-AR6, Mortgage<br>Pass-Through Certificates, Series 2005-AR6 under the Pooling<br>and Servicing Agreement dated March 1, 2005<br>200 Sheffield Street, Suite 301<br>P.O. Box 1024<br>Mountainside, New Jersey 07092-0024<br>1-908-233-8500 |
| In Re:<br>Elizabeth Hulahan |



Order Filed on 04/22/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  07-12432(DHS)
Adv. No.:
Hearing Date:  04/14/2010@   11:00am

Judge:  Donald H. Steckroth

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby **ORDERED.**

**DATED: 04/22/2010**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

(Page 2)
Debtor:            Elizabeth Hulahan
Case No.           07-12432(DHS)
Caption of Order:  **ORDER VACATING AUTOMATIC STAY**

    Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for secured creditor, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR6, Mortgage Pass-Through Certificates, Series 2005-AR6 under the Pooling and Servicing Agreement dated March 1, 2005 , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

    ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

_____ Real property more fully described as 580 Palmer Avenue, Maywood, NJ  07607

_____ Personal property more fully described as:

    It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Donald H. Steckroth April 22, 2010*